# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>JESUS ANTONIO SANCHEZ-LLANES,<br><br>              Defendant. | CASE NO. 06CR2338-GT<br><br>JUDGMENT OF DISMISSAL |

**FILED**
NOV 2 2 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_    the Court has granted the motion of the Government for dismissal; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

 X    of the offense(s) of: 8:1326 (a) and (b) Deported Alien Found in the United States.

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11-21-06

_____
GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE